**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tony B. GERMAN, a/k/a Antonio,
Defendant–Appellant.**

**No. 11–6417.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 19, 2011.

Decided May 24, 2011.

Tony B. German, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony B. German appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2010) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. German,* Nos. 4:02–cr–00802–TLW–1; 4:11–cv–70004–TLW (D.S.C. Mar. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*